Acme Rubber Manufacturing Company v. Leander J. Buckley. William Bradley v. Adelbert Jaeckel. Frank W. Swartwout v. Jacob Doll.— Applications for leave to appeal from Appellate Term denied, with ten dollars costs. Orders signed.

William Bradley v. Adelbert Jaeckel.— Motion for stay denied, with ten dollars costs.

Frederick Van Vliet, as Executor, etc., v. Frederick Kanter.— Application granted. Order signed.

Frank W. McNeal v. Joseph T. Kavenaugh.— Application denied, with ten dollars costs. Order signed.

Constantine J. MacGuire v. Margaret E. Hughes.— Application granted. Order signed.

Anna W. Ploger v. Anna W. Bright.— Application denied, with ten dollars costs. Order signed.

Nicholas W. Anthony v. Moore & Munger Company. Max Weil v. Corn Exchange Bank. Ferguson Contracting Company v. Helderberg Cement Company. Robert A. Funger v. Brooklyn Bottle Stopper Company. Alice V. Densmore v. Darso J. Densmore. Abraham Bail, as Administrator, etc., v. New York, New Haven and Hartford Railroad Company. Elizabeth Cunningham, as Administratrix, etc., v. The Sheltering Arms. Emma A. Dambmann v. Metropolitan Street Railway Company. Bernard Shane v. The City of New York.— Motions denied, with ten dollars costs.

Elliott Cobb v. United Engineering and Contracting Company.— Motion for reargument denied; leave to go to Court of Appeals granted.

Isidor Cuba v. Louis Druskin. — Motion granted.

Herman D. Teschmacher v. Maynard N. Clement, as State Commissioner of Excise of the State of New York.— Motion granted. Memorandum per curiam. Settle order on notice.

Commonwealth Mortgage Company v. Samuel A. De Waltoff. Rosalie Flatow, as Administratrix, etc., v. Jefferson Bank.— Motions denied, with ten dollars costs. Sarah A. Draper, as Administratrix, etc., v. Interborough Rapid Transit Company and Others.— Motion granted.

The People of the State of New York ex rel. Thomas G. Walsh v. Theodore A. Bingham, as Police Commissioner of the City of New York.— Motion granted.

The People of the State of New York v. John Green.— Motion granted as stated in order.

Leo Frank and Others v. William Bernard.— Motion denied. Settle order on notice.

In the Matter of Bridget Hammond, etc.— Motion denied, with ten dollars costs. Settle order on notice.

Theodore Bitterman v. Julius Weinstein and Others.— Motion denied, with ten dollars costs

Schuyler Hamilton v. William P. Hamilton, Impleaded.— Motion granted. Questions certified.

Donald Mitchell v. The Dunmore Realty Company.— Motion granted. Questions certified.